WILLY DELCOMYN et al., Respondents, v. WESTCHESTER FIRE INSURANCE CO. OF NEW YORK, Appellant, and STATEN ISLAND SAVINGS BANK et al., Respondents.— In an action on a policy of fire insurance with extended coverage for damage to the dwelling as a result of windstorm, the insurer appeals from (1) a judgment in favor of plaintiffs entered upon a verdict of a jury, (2) an order fixing liens on the recovery, (3) an order denying appellant's motion to set aside the verdict and for a new trial, and (4) an order granting plaintiffs' motion to correct the verdict of the jury by adding thereto interest from November 25, 1950, the date of the windstorm. Judgment and order correcting the verdict modified on the law so as to provide that interest be computed from April 22, 1951, and as so modified judgment and order unanimously affirmed, without costs. The findings of fact are affirmed. The policy provides that losses are payable sixty days after proof of loss is received by the company. In view of the fact that plaintiffs did not furnish their proof of loss until February 21, 1951, the insurer's liability under the policy did not mature prior to April 22, 1951. Order denying motion for a new trial and order fixing liens affirmed, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

MADLYN FORD, on Behalf of Herself and All Other Persons Similarly Situated, Respondent, v. JOSEPH CURRAN, Individually and as President of NATIONAL MARITIME UNION OF AMERICA (C.I.O.), et al., Appellants.— In an action to declare null and void a national election of a labor organization and for other relief, defendants appeal from an order denying their motion to dismiss the complaint against defendant Curran individually. On the appeal by defendant Curran individually, order modified on the law by striking therefrom the first ordering paragraph and by providing in lieu thereof that the motion be granted, and as so modified order affirmed, without costs. The allegations of the complaint are insufficient to constitute a cause of action against defendant Curran individually, and no judgment is sought which affects him as an individual. Appeals by defendants other than defendant Curran dismissed, without costs. They are not parties aggrieved. Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.